JAMES McKENNA, Appellant, *v.* THE CITY OF NEW YORK, Respondent.

*McKenna v. City of New York, 34 App. Div. 152, affirmed.*
(Argued June 8, 1899; decided October 3, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered February 11, 1899, modifying and, as modified, affirming a a judgment in favor of plaintiff entered upon a decision of the court at a Trial Term, a jury having been waived.

*Albert A. Wray* for appellant.

*John Whalen, Corporation Counsel (William J. Carr, of counsel), for respondent.*

Judgment affirmed, with costs, on opinion below.
All concur.

---

MARGARET GERATY, an Infant, by JAMES A. GERATY, her Guardian ad Litem, Respondent, *v.* THE NATIONAL ICE COMPANY OF NEW YORK, Appellant.

*Geraty v. National Ice Co., 16 App. Div. 174, affirmed.*
(Argued June 15, 1899; decided October 3, 1899.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered April 19, 1897, upon an order affirming a judgment in favor of plaintiff entered upon a verdict, and an order denying a motion for a new trial.

*William Allen Butler* and *John Notman* for appellant.

*G. Washbourne Smith* for respondent.

Judgment and order affirmed, with costs; no opinion.
All concur.